

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS MUTUAL INSURANCE COMPANY, | § | |
| | § | |
| | | No. 08-18-00147-CV |
| Appellant, | § | |
| | | Appeal from |
| v. | § | |
| | | 143rd District Court |
| | § | |
| ANITA DEJAYNES, | | of Ward County, Texas |
| INDIVIDUALLY AND AS NEXT | § | |
| FRIEND OF ALYSSA DEJAYNES, | | (TC# 15-12-23771-CVW) |
| NOAH MATTHEW DEJAYNES, | § | |
| AND EMMA MICHELLE | | |
| DEJAYNES, MINOR CHILDREN, | § | |
| | | |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's judgment awarding attorney's fees. We therefore reverse that portion of the trial court's judgment on attorney's fees and remand for a new hearing solely on that issue in accordance with this opinion. Otherwise, the judgment below is affirmed.

We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF NOVEMBER, 2019.


ANN CRAWFORD McCLURE, Chief Justice (Senior Judge)

Before Rodriguez, J., Palafox, J., and McClure, C.J. (Senior Judge)
McClure, C.J. (Senior Judge), sitting by assignment